# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

                          Plaintiff,

v.                                           Case No.: 1:14–cv–07040
                                                   Honorable Rebecca R. Pallmeyer

Does 1–46

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff voluntarily dismisses without prejudice, Doe Defendants No. 5, No. 9, No. 14, No. 19, No. 26, and No. 29. Each party shall bear it own attorney's fees and costs. Case remains pending as against all remaining Defendants. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.